UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 25-mj-8061-RMM

UNITED STATES OF AMERICA

v.

GUIROOCHEE ST JEAN,

        Defendant.

_____/

FILED BY SP D.C.

Feb 4, 2025

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - West Palm Beach

# CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Mills Maynard)?  ☐ Yes  ☑ No

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared M. Strauss)?  ☐ Yes  ☑ No

3. Did this matter involve the participation of or consultation with now Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023?  ☐ Yes  ☑ No

4. Did this matter involve the participation of or consultation with now Magistrate Judge Marty Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024?  ☐ Yes  ☑ No

Respectfully submitted,

HAYDEN P. O'BYRNE
UNITED STATES ATTORNEY

BY: _____Katie Sadlo_____
KATIE SADLO
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 1026417
500 South Australian Avenue, Suite 400
West Palm Beach, Florida 33401
Tel: (561) 209-1043
Fax: (561) 805-9846
Email: Katie.Sadlo@usdoj.gov

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| United States of America<br>v.<br>GUIROOCHEE ST JEAN,<br><br>*Defendant(s)* | )<br>)<br>) Case No.  25-mj-8061-RMM<br>)<br>)<br>) |

FILED BY _____SP_____ D.C.

Feb 4, 2025

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - West Palm Beach

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of   February 3, 2025   in the county of   Palm Beach   in the
  Southern   District of   Florida  , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1326(a) | Illegal Re-entry After Deportation or Removal. |

This criminal complaint is based on these facts:
See Attached Affidavit.

☑ Continued on the attached sheet.

JOSHUA J WOODBURY
Digitally signed by JOSHUA J WOODBURY
Date: 2025.02.03 19:54:14 -05'00'

*Complainant's signature*

SA JOSHUA J. WOODBURY, HSI
*Printed name and title*

Sworn to and attested to me by applicant by telephone (Facetime) per the requirements of Fed. R. Crim. P.4 (d) and 4.1.

Date:  2/4/25

*Judge's signature*

City and state:   West Palm Beach, FL          Ryon M. McCabe, U.S. Magistrate Judge
*Printed name and title*

<u>AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT</u>

I, Joshua Woodbury, first being duly sworn, do hereby depose and state as follows:

1. I am a Special Agent with the United States Department of Homeland Security, Homeland Security Investigations ("HSI") and have been so employed since June 2008. Prior to my employment with HSI, I worked as a United States Customs Inspector for six and a half years. As part of my duties and responsibilities as an HSI Special Agent, I have become familiar with the criminal offenses set forth in Title 8, 18, 19, and 21 of the United States Code, as well as the Immigration and Nationality Act. Moreover, I have conducted investigations involving human smuggling, drug smuggling and their related criminal activity and have become familiar with the methods and schemes employed by individuals who smuggle persons, merchandise and narcotics into the United States.

2. The facts set forth in this affidavit are based on my personal knowledge, information obtained from others, including other law enforcement officers, and my review of documents, pictures, and computer records. Because this affidavit is being submitted for the limited purpose of establishing probable cause to support a criminal Complaint, I have not included each and every fact known to me and law enforcement, rather, I have included only those facts necessary to establish probable cause to believe that, on or about February 3, 2025, Guiroochee ST JEAN, an alien who has been previously removed from the United States, was found in the United States in violation of Title 8, United States Code, § 1326(a).

<u>PROBABLE CAUSE</u>

3. On or about February 3, 2025, Homeland Security Investigations and U.S. Border Patrol were notified of a beached sailboat vessel, and possible landing, in Juno Beach, Florida

within Palm Beach County at approximately 01:00 a.m. Law enforcement's initial response and search of the area did not result in any apprehensions or visible signs of smuggling at that time.

4. In the early morning hours of February 3, 2025, a Palm Beach County Sheriff's Office (PBSO) Marine Unit Deputy was on patrol in the area near where the vessel was found and noticed a male subject walking on the sidewalk in the vicinity of A1A in Juno Beach, Florida. Being aware of the vessel found on the beach, the deputy started to follow the individual later identified as ST JEAN and noticed he appeared to be wet and his shoes and pants were covered in sand. The PBSO deputy stopped his vehicle near where ST JEAN was walking and ST JEAN approached the deputy.[1] When the deputy asked ST JEAN what was going on, ST JEAN responded, "I am from Haiti." During the consensual encounter, ST JEAN told the deputy that he was coming to the United States to see his wife who currently resides here.

5. ST JEAN was subsequently detained by U.S. Border Patrol and taken to the U.S. Border Patrol Station located in Riviera Beach, Florida for processing.

6. After conducting law enforcement database checks, and under his own admission to processing agents, it was determined that the individual encountered by local law enforcement in Juno Beach, Florida, was Guiroochee ST JEAN, a citizen and national of Haiti.

7. According to immigration records, on or about November 24, 2023, ST JEAN was encountered attempting to illegally cross into the United States along the Rio Grande Valley in Brownsville, Texas. ST JEAN was subsequently taken to the Rio Grande Valley Sector Processing Center in McAllen Texas, where he was processed for expedited removal. Records further show that on or about December 19, 2023, ST JEAN was ordered removed. On or about January 18,

---

[1] The deputy did not engage his lights or siren when he stopped his vehicle.

2024, ST JEAN was removed from the United States via air from Miami, Florida and returned to his native country of Haiti.

8. ST JEAN's fingerprints taken in connection with his February 3, 2025, detention by U.S. Border Patrol agents were scanned into the IAFIS system. Results confirmed that the scanned fingerprints belong to the individual who was previously removed from the United States, that is Guiroochee ST JEAN.

9. A record check was performed in the Computer Linked Application Informational Management System to determine if ST JEAN filed an application for permission to reapply for admission into the United States after deportation or removal. After a search was performed in that database system, no record was found to exist indicating that ST JEAN obtained consent from the Attorney General of the United States or from the Secretary of Homeland Security, for re-admission into the United States as required by law.

10. Based on the foregoing, I submit that probable cause exists to believe that, on or about February 3, 2025, Guiroochee ST JEAN, an alien who has previously been removed from the United States, was found in the United States without having received the express consent from the Attorney General or Secretary of the Department of Homeland Security for re-admission into the United States, in violation of Title 8, United States Code, Section 1326(a).

JOSHUA J WOODBURY
Digitally signed by JOSHUA J WOODBURY
Date: 2025.02.03 19:55:24 -05'00'

SPECIAL AGENT JOSHUA J. WOODBURY
HOMELAND SECURITY INVESTIGATIONS

Sworn and Attested to me by Applicant by Telephone (Facetime) pursuant to Fed. R. Crim. P. 4(d) and 4.1 this ___4___ day of February 2025.

RYON M. McCABE
UNITED STATES MAGISTRATE JUDGE

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: 25-mj-8061-RMM

### BOND RECOMMENDATION

DEFENDANT: GUIROOCHEE ST JEAN

Pre-Trial Detention
(Personal Surety) (Corporate Surety) (Cash) (Pre-Trial Detention)

By: _/s/ Katie Sadlo_
AUSA: Katie Sadlo

Last Known Address: _____

What Facility: Palm Beach County Jail

Agent(s): SA JOSHUA J. WOODBURY, HSI
(FBI)   (SECRET SERVICE)   (DEA)   (IRS)   (ICE)   (OTHER)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**:   GUIROOCHEE ST JEAN

**Case No**:   25-mj-8061-RMM

Count #: 1

Illegal Re-entry After Deportation or Removal

8 U.S.C. § 1326(a)
* **Max. Term of Imprisonment:** 2 years
* **Mandatory Min. Term of Imprisonment (if applicable):** N/A
* **Max. Supervised Release:** 1 year
* **Max. Fine:**  $250,000
* **Special Assessment**: $100

*Refers only to possible term of incarceration, supervised release and fines.   It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.